SHARON DOUGLASS MAYO - State Bar No. 150469
sharon.douglass.mayo@aporter.com
VIKRAM SOHAL - State Bar No. 240251
vikram.sohal@aporter.com
EMILIA PETERSEN - State Bar No. 253681
emilia.petersen@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Plaintiffs

JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMI APRIL MUSIC INC., DESMOBILE INC., BON JOVI PUBLISHING, UNIVERSAL-POLYGRAM INTERNATIONAL, INC., AGGRESSIVE MUSIC, HUNGLIKEYORA MUSIC, HERBILICIOUS MUSIC, WB MUSIC CORP., BLACK FOUNTAIN MUSIC, S'MORE MUSIC, BEEF PUPPET MUSIC, UNIVERSAL MUSIC CORPORATION, DEMON OF SCREAMIN' MUSIC, FUN WITH GOATS and TRAVIS BARKER D/B/A BEAT POET MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>CYBERSTRIP ENTERPRISES, INC. and AKOP GASPARYAN,<br><br>Defendants. | Case No.  CV 08-03234 DSF (CTx)<br><br>**CONSENT JUDGMENT**<br><br>(17 U.S.C. §§101 *et seq.*) |

1　　　　WHEREAS, Plaintiffs EMI April Music, Inc., Desmobile, Inc., Bon Jovi
2　Publishing, Universal-Polygram International, Inc., Aggressive Music, Hunglikeyora
3　Music, Herbilicious Music, WB Music Corp., Black Fountain Music, S'More Music,
4　Beef Puppet Music, Universal Music Corporation, Demon of Screamin' Music, Fun
5　with Goats, and Travis Barker D/B/A Beat Poet Music ("Plaintiffs") are owners of
6　the copyrights in the musical compositions listed in Schedule A to Plaintiffs'
7　Complaint filed in this action and members of the American Society of Composers,
8　Authors and Publishers ("ASCAP"); and

9　　　　WHEREAS, Defendants Cyberstrip Enterprises, Inc. and Akop Gasparyan
10　("Defendants") have agreed that service of the Summons and Complaint may be
11　waived; and

12　　　　WHEREAS, Defendants, at the times of the infringing acts alleged in the
13　Complaint, did own, control, manage, operate, and maintain a place of business for
14　public entertainment, accommodation, amusement, and refreshment known as Star
15　Garden, located at 6630 Lankershim Blvd., in North Hollywood in the State of
16　California; and

17　　　　WHEREAS, without authorization or consent, Defendants, on the dates
18　specified on Schedule A to the Complaint, publicly performed Plaintiffs' copyrighted
19　musical compositions at Star Garden for the entertainment and amusement of the
20　patrons attending said premises in violation of Plaintiffs' rights under 17 U.S.C. §
21　106(4), as a remedy for which Plaintiffs are entitled to judgment against Defendants
22　for willful copyright infringement.

23

24　　　NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND
25　DECREED that:

26　　　1.　(a)　Judgment is entered for Plaintiffs and against Defendants on the
27　claims set forth in Plaintiffs' Complaint in the amount of Nine Thousand Dollars
28　($9,000.00). Notwithstanding the foregoing, the parties have agreed that this

Judgment may be satisfied upon Defendants' payment of the sum of Six Thousand Dollars ($6,000.00) ("the Settlement Amount") as provided in Paragraph 2 below.

    (b) The amount provided for in this Consent Judgment shall be in full settlement of all claims against Defendants arising out of Plaintiffs' Complaint and all other copyright infringement claims of members of ASCAP against Defendants arising out of the operation of Star Garden, during all periods up to and including the date of entry of this Consent Judgment.

  2. (a) Defendants shall pay the Settlement Amount in eleven (11) installments.  The first installment shall be One Thousand Dollars ($1,000.00), to be made upon entering into this Consent Judgment.  The following payments shall each be for Five Hundred Dollars ($500.00) and shall be made on the first of each month beginning September 2008 through June 2009.

    (b) Defendants shall make the payments provided for above in the form of a certified, cashier's, bank, or corporate business check drawn on a California bank, made payable to "ASCAP," and delivered to Emilia Petersen, Esq., at Arnold & Porter LLP, 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017, or such other person as Plaintiffs' attorneys shall designate to receive such payments.

  3. Contemporaneously with the execution of this Consent Judgment, Defendants will execute an ASCAP General License Agreement for Star Garden for the term commencing January 1, 2008.  License fees pursuant to such license agreement for the calendar year 2008 shall be included in the amount to be paid by Defendants as provided in this Consent Judgment.  License fees pursuant to such license agreement for periods beginning January 1, 2009, shall be paid by Defendants when due as billed by ASCAP, and Defendants shall otherwise abide by all of the terms and conditions of the license agreement.

  4. In the event that Defendants fail to make any of the payments provided for in paragraph 2(a), or to pay license fees to ASCAP as provided for in paragraph 3, upon receipt by Defendants of written notice from Plaintiffs or their undersigned

attorneys of any such delinquency, Defendants shall have ten (10) calendar days in which to cure such delinquency.  If the delinquency is not cured within such ten (10) day period, Defendants shall be obligated to pay the full Judgment amount of Nine Thousand Dollars ($9,000.00), less any payments previously made to Plaintiffs pursuant to paragraph 2 above.  Such balance shall be immediately due and payable, and execution therefore may issue forthwith and without any further notice to Defendants.

     5.    Plaintiffs shall be granted all such writs and process as is necessary or proper for the enforcement of this Consent Judgment.

     6.    Subject to the Court's continuing jurisdiction over the parties for purposes of enforcement of this Consent Judgment, this action is dismissed.

//

**ORDER**

**IT IS SO ORDERED.**

Dated:  9/5/08

                                  UNITED STATES
                                  DISTRICT JUDGE